UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELASCO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. SACV 16-1172 CJC(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("R&R"). The Court approves and accepts the R&R.

IT IS HEREBY ORDERED that (1) the decision of the Commissioner of Social Security is reversed in part and the matter is remanded for further administrative action consistent with the R&R; and (2) Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the R&R, and the Judgment on counsel for the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 25, 2017

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE