SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
ESTHER KIM, CSBN 278995
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8922
    Facsimile: (415) 744-0134
    Email: esther.h.kim@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOSE VELASCO, | ) CASE NO. 8:16-cv-01172-CJC-JC |
| Plaintiff, | ) ORDER FOR THE |
| vs. | ) AWARD OF ATTORNEY'S FEES |
| | ) PURSUANT TO THE EQUAL |
| NANCY A. BERRYHILL, | ) ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

//

//

Based upon the parties' Stipulation for the Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, IT IS ORDERED that fees and expenses in the amount of $7,750.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the stipulation.

DATE: July 5, 2017

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE